FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Perry Lee Bailey**
**Dorothy Jane Bailey**
Debtor(s)

Case No.
Chapter **13**

### CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Perry Lee Bailey** | S.S.# **xxx-xx-9872** |
| | (W) **Dorothy Jane Bailey** | S.S.# **xxx-xx-9386** |
| ADDRESS: | **295 Countryside** | |
| | **Oakland, TN 38060** | |

PLAN PAYMENT: Debtor(s) to pay $ **923.00**  (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION: **YES**   OR ( ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:
PLACE OF EMPLOYMENT:  **Spouse's Employer: Fayette Academy, Payroll 15090 Hwy 64, Somerville, TN 38068**

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | (x) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Bank of Fayette County**   Ongoing pmt. Begin **March 1, 2014**   $ **1,179.00**
Approx. arrearage **4,000.00**   Interest **0.00** %   $ **118.00**

SECURED CREDITORS;   VALUE   RATE OF   MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})   COLLATERAL   INTEREST   PLAN PMT.
**Bank of Fayette County**   $ **20,000.00**   **5.25** %   $ **362.00**

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Pay **tbd** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$12,000**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **Aarons Sales & Lease**: washer & dryer, $135 , debtors have daughter and her 3 sons (ages 17-20)
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **Gwenthian Hewitt 17,754**
**Gwen Hewitt Law**
**5050 Poplar Ave.**
**Ste. 2400**
**Memphis, TN 38157**
**901-844-7144 Fax:901-844-7143**